**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES GRACEY,
ADC #85310                                                                                                    PLAINTIFF

V.                                       2:11CV00074 SWW/JTR

BARNES, Lieutenant,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 20th day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE